IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM GEOFFERY DOBBINS,      )
AIS# 167085,                    )
                                )
          Plaintiff,            )
                                )
     v.                         )          CIVIL ACTION NO. 2:08cv747-TMH
                                )
J. C. GILES, et al.,            )
                                )
          Defendants.           )

**ORDER AND OPINION**

On February 28, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 39).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.     The defendants' motion for summary judgment is GRANTED.

2.     Judgment is GRANTED in favor of the defendants.

3.     This case is DISMISSED with prejudice.

4.     Costs of this proceeding are taxed against the plaintiff.

Done this the 21st day of March,  2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE